1068

No. 73–509. KING v. BAER, TRUSTEE. C. A. 10th Cir. Certiorari denied.

No. 73–510. WYANDOTTE COUNTY, KANSAS, ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–511. INDIANA & MICHIGAN ELECTRIC CO. v. ANDERSON POWER & LIGHT OF CITY OF ANDERSON, INDIANA, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 73–514. PRINCE GEORGES COUNTY v. MARYLAND-NATIONAL CAPITAL PARK AND PLANNING COMMISSION. Ct. App. Md. Certiorari denied.

No. 73–515. GREEN, ADMINISTRATRIX v. ROSS ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–520. TAYLOR v. R. H. MACY & CO., INC. C. A. 9th Cir. Certiorari denied.

No. 73–522. GIBSON & PERIN CO. ET AL. v. CITY OF CINCINNATI ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–523. ALEXANDER v. ALTON OCHSNER MEDICAL FOUNDATION ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 73–526. ALASKA HELICOPTERS, INC., ET AL. v. ANDERSON ET AL. Super. Ct. Alaska, 3d Jud. Dist. Certiorari denied.

No. 73–530. CHERUP ET AL. v. PITTSBURGH PLATE GLASS CO. C. A. 4th Cir. Certiorari denied.